JPMORGAN CHASE & CO.

JPMorgan Chase Bank
270 Park Avenue
New York NY 10017

| Sei D Kidau | | | | | Pay Date | 06/30/2010 |
|---|---|---|---|---|---|---|
| | | | | | Pay Begin Date | 06/16/2010 |
| Company Number | | | 802 | | Pay End Date | 06/30/2010 |
| Department | | | 051297 | | Other Pay Begin Date | 05/31/2010 |
| Standard ID | | | N338921 | | Other Pay End Date | 06/13/2010 |
| Tax Data: | Federal | State | Local | Work State    WI | Net Pay Distribution | |
| Marital Stat: | S | S | | Res State     WI | Check #      0001980992 | 817.97 |
| Allowances: | 0 | 0 | | Local | Total | 817.97 |
| Addl. Pct.: | | | | Hrly Rt | | |
| Addl. Amt.: | | | | | | |

# EARNINGS STATEMENT

| DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE | DESCRIPTION | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|
| -----EARNINGS--------HOURS | | | ----------TAXES------------ | | |
| REGULAR BASE PAY    80.00 | 0.00 | 0.00 | SOCIAL SECURITY | 66.13 | 66.13 |
| DRAW       M | 1066.67 | 1066.67 | MEDICARE | 15.47 | 15.47 |
| | | | FEDERAL | 113.07 | 113.07 |
| --ADDITIONAL INFORMATION-- | | | WI WITHHOLDNG | 54.03 | 54.03 |
| FEDERAL TAXABLE WAGES | | 1066.67 | TOTAL TAXES | 248.70 | 248.70 |
| MEDICARE TAXABLE WAGES | | 1066.67 | | | |

## View Pay Statement

Sei Kidau

JPMorgan Chase Bank
270 Park Avenue  New York, NY 10017

## JPMorgan Chase & Co.

Advice Number: 1980992

Sei D Kidau
1302 Hanover Ct.
Waunakee, WI 53597

| | |
|---|---|
| Company: | 802 |
| Cost Center: | 051297 |
| Location: | Capital Madison |

| | |
|---|---|
| Pay Date: | 06/30/2010 |
| Pay Begin Date: | 06/16/2010 |
| Pay End Date: | 06/30/2010 |
| Other Pay Begin Dt: | 05/31/2010 |
| Other Pay End Dt: | 06/13/2010 |

| TAX DATA: | Federal | State | Local |
|---|---|---|---|
| Marital Status: | S | S | |
| Allowances: | 0 | 0 | |
| Addl. Percent: | | | |
| Addl. Amount: | | | |
| Wrk State: | WI | | |
| Res State: | WI | | |
| Local: | | | |
| Hourly Rate: | | | |
| Shift: | N/A | | |

SID:  N336921

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1066.67 | 248.70 | | 817.97 |
| YTD | 1066.67 | 248.70 | | 817.97 |

### Earnings

| Description | Hours | Amount | YTD Amount |
|---|---|---|---|
| Draw - M | | 1,066.67 | 1,066.67 |
| Regular Base Pay | 80.00 | | |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | 113.07 | 113.07 |
| Medicare | 15.47 | 15.47 |
| Social Security | 66.13 | 66.13 |
| WI Withholding | 54.03 | 54.03 |
| Total: | 248.70 | 248.70 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Medicare Taxable Wages | 1,066.67 | 1,066.67 |
| * Added to Taxable Wages | | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 1980992 | Issue Check | | 817.97 |

Pay Inquiry                                                                                    Page 1 of 1

## View Pay Statement
Sei Kidau

JPMorgan Chase Bank
1111 Polaris Parkway Columbus, OH 43240

### JPMORGAN CHASE & CO.

Sei D Kidau
1302 Hanover Ct.
Waunakee, WI 53597

Advice Number: 1992467

| | |
|---|---|
| Company: | 802 |
| Cost Center: | 051297 |
| Location: | Capital Madison |
| Pay Date: | 07/15/2010 |
| Pay Begin Date: | 07/01/2010 |
| Pay End Date: | 07/15/2010 |
| Other Pay Begin Dt: | 06/14/2010 |
| Other Pay End Dt: | 06/27/2010 |

TAX DATA:        Federal    State    Local
Marital Status:     S         S
Allowances:         0         0
Addl. Percent:
Addl. Amount:
Wrk State:          WI
Res State:          WI
Local:
Hourly Rate:
Shift:              N/A

SID: N336921

### Summary

|  | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1000.00 | 228.75 |  | 771.25 |

### Earnings

| Description | Hours | Amount |
|---|---|---|
| Draw - M |  | 1,000.00 |
| Regular Base Pay | 166.67 |  |

### Taxes

| Description | Amount |
|---|---|
| Federal | 103.07 |
| Medicare | 14.50 |
| Social Security | 62.00 |
| WI Withholding | 49.18 |
| Total: | 228.75 |

### Before-Tax Deductions
Description
Total:

### After Tax Deductions
Amount  Description
Total:

### Additional Information

| Description | Amount |
|---|---|
| Medicare Taxable Wages | 1,000.00 |
| * Added to Taxable Wages |  |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 1992467 | Issue Check |  | 771.25 |

Pay Inquiry                                                                      Page 1 of 1

## View Pay Statement

**JPMorgan Chase & Co.**

Sei Kidau

JPMorgan Chase Bank                    Advice Number:    2019806
1111 Polaris Parkway Columbus, OH 43240

| | | |
|---|---|---|
| Sei D Kidau | Company: 802 | TAX DATA:  Federal  State  Local |
| 1302 Hanover Ct. | Cost Center: 051297 | Marital Status:   S    S |
| Waunakee, WI 53597 | Location: Capital Madison | Allowances:       0    0 |
| | | Addl. Percent: |
| | | Addl. Amount: |
| | Pay Date: 07/30/2010 | Wrk State:   WI |
| | Pay Begin Date: 07/16/2010 | Res State:   WI |
| | Pay End Date: 07/31/2010 | Local: |
| | Other Pay Begin Dt: 06/28/2010 | Hourly Rate: |
| | Other Pay End Dt: 07/11/2010 | Shift:   N/A |

SID:   N356921

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1000.00 | 228.75 | | 771.25 |
| YTD | 3066.67 | 706.20 | | 2360.47 |

### Earnings

| Description | Hours | Amount | YTD Amount |
|---|---|---|---|
| Draw - M | | 1,000.00 | 3,066.67 |
| Regular Base Pay | 86.67 | | |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | 103.07 | 319.21 |
| Medicare | 14.50 | 44.47 |
| Social Security | 62.00 | 190.13 |
| WI Withholding | 49.18 | 152.39 |
| Total: | 228.75 | 706.20 |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Medicare Taxable Wages | 1,000.00 | 3,066.67 |
| * Added to Taxable Wages | | |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 2019806 | Issue Check | | 771.25 |

Pay Inquiry                                                                    Page 1 of 1

## View Pay Statement
**Sei Kidau**

JPMorgan Chase Bank
1111 Polaris Parkway Columbus, OH 43240

**JPMORGAN CHASE & CO.**

Advice Number: 29779663

| | | | | | |
|---|---|---|---|---|---|
| Sei D Kidau | Company: | 802 | TAX DATA: | Federal | State Local |
| 1302 Hanover Ct. | Cost Center: | 051297 | Marital Status: | S | S |
| Waunakee, WI 53597 | Location: | Capital Madison | Allowances: | 0 | 0 |
| | | | Addl. Percent: | | |
| | | | Addl. Amount: | | |
| | Pay Date: | 08/13/2010 | Wrk State: | WI | |
| | Pay Begin Date: | 08/01/2010 | Res State: | WI | |
| | Pay End Date: | 08/15/2010 | Local: | | |
| | Other Pay Begin Dt: | 07/12/2010 | Hourly Rate: | | |
| | Other Pay End Dt: | 07/25/2010 | Shift: | N/A | |

SID: N338921

### Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1000.00 | 228.75 | | 771.25 |
| YTD | 4066.67 | 934.95 | | 3131.72 |

### Earnings

| Description | Hours | Amount | YTD Amount |
|---|---|---|---|
| Draw - M | | 1,000.00 | 4,066.67 |
| Regular Base Pay | 86.67 | | |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | 103.07 | 422.28 |
| Medicare | 14.50 | 58.97 |
| Social Security | 62.00 | 252.13 |
| WI Withholding | 49.18 | 201.57 |
| **Total:** | **228.75** | **934.95** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Medicare Taxable Wages | 1,000.00 | 4,066.67 |

* Added to Taxable Wages

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 29779663 | Checking | | 77.13 |
| Direct Deposit | 29779663 | Checking | | 694.12 |
| **Total:** | | | | **771.25** |

https://hrconnect.jpmchase.net/psc/ssnsnprod/89/EMPLOYEE/HRMS/c/ROLE_EMPLOYE...   8/13/2010

Pay Inquiry                                                                                            Page 1 of 1

# View Pay Statement

**Sei Kidau**

JPMorgan Chase Bank
1111 Polaris Parkway  Columbus, OH 43240

**JPMORGAN CHASE & CO.**

Advice Number:    30015315

Sei D Kidau
1302 Hanover Ct.
Waunakee, WI 53597

| | |
|---|---|
| Company: | 802 |
| Cost Center: | 051297 |
| Location: | Capitol Madison |
| Pay Date: | 08/31/2010 |
| Pay Begin Date: | 08/16/2010 |
| Pay End Date: | 08/31/2010 |
| Other Pay Begin Dt: | 07/26/2010 |
| Other Pay End Dt: | 08/15/2010 |

**TAX DATA:**

| | Federal | State | Local |
|---|---|---|---|
| Marital Status: | M | M | |
| Allowances: | 5 | 5 | |
| Addl. Percent: | | | |
| Addl. Amount: | | | |
| Wrk State: | WI | | |
| Res State: | WI | | |
| Local: | | | |
| Hourly Rate: | | | |
| Shift: | N/A | | |

SID:    N338921

## Summary

| | Federal Taxable Wages | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1866.67 | 193.51 | | 1673.16 |
| YTD | 5933.34 | 1128.46 | | 4804.88 |

## Earnings

| Description | Hours | Amount | YTD Amount |
|---|---|---|---|
| Draw - M | | 1,000.00 | 5,066.67 |
| Commissions | | 866.67 | 866.67 |
| Regular Base Pay | 86.67 | | |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Federal | | 422.28 |
| Medicare | 27.06 | 86.03 |
| Social Security | 115.74 | 367.87 |
| WI Withholding | 50.71 | 252.28 |
| **Total:** | 193.51 | 1,128.46 |

## Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | |

## After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| **Total:** | | |

## Additional Information

| Description | Amount | YTD Amount |
|---|---|---|
| Medicare Taxable Wages | 1,866.67 | 5,933.34 |
| * Added to Taxable Wages | | |

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 30015315 | Checking | ▅▅▅▅ | 167.32 |
| Direct Deposit | 30015315 | Checking | ▅▅▅▅ | 1,505.84 |
| **Total:** | | | | 1,673.16 |

https://psconnect.inmchase.net/psc/ssnenprodi89/EMPLOYEE/HRMS/c/ROLE_EMPLOYE...    8/26/2010

# State of Wisconsin — Bi-Weekly Payroll — Electronic Advice Statement

KIDAU, MELISSA E | 1302 HANOVER COURT | WAUNAKEE, WI 53597-0000

| | | | |
|---|---|---|---|
| Agency: | 435 | Sec Level: 455 | Check Sort: 45220 |
| Pay Period Begin Date: | 08/01/10 | | Check Date: 08/26/10 |
| Pay Period End Date: | 08/14/10 | Pay Period: 17-A | Advice #: B2859831 |

## Employee Information | Tax Data

| | | | Federal | State |
|---|---|---|---|---|
| Seniority Date: | 08/02/10 | Marital Status: | M | M |
| Base Pay Rate: | 18.431 | Exemptions: | 06 | 05 |
| Supp. Pay Rate: | 0.000 | Additional Amt. Withheld: | 0.00 | 0.00 |
| Schedule/Range: | 12-06 | Earned Income Cr YTD | 0.00 | 0.00 |
| Job Title: | DISABILITY DETERMIN SPEC-ENTRY | | | |

## Hours and Earnings | Travel Reimbursement

| Description | Appt # | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Hours | 1 | 18.431 | 80.00 | 1,474.48 | | | |
| Furlough Reduction | 1 | 0.000 | 0.00 | -45.41 | | | |

Payroll Gross: 1,429.07 | Travel Gross: 0.00

## Pre-Tax Deductions | Post-Tax Deductions

| Description | Current | YTD | Description | Amount | Description | Amount |
|---|---|---|---|---|---|---|
| | | | Retirement | ***** | | |
| | | | Union Dues | 18.45 | | |

Total: 0.00 | Total: 18.45

## Tax Withholding | Pay Summary

| Description | Current | YTD | | Description | Amount |
|---|---|---|---|---|---|
| Fed Withholding | 5.79 | 5.79 | | Total Gross | 1,429.07 |
| WI Withholding | 76.62 | 76.62 | | Total Deductions | 210.18 |
| Social Security | 88.60 | 88.60 | | Fed EIC | 0.00 |
| Medicare | 20.72 | 20.72 | | WI EIC | 0.00 |
| Total | 191.73 | | | Net Pay | 1,218.89 |

## YTD Grosses | Leave Activity

| Description | Current | YTD | Description | Beginning of P/P | Earned P/P | Used P/P | Bal End of P/P |
|---|---|---|---|---|---|---|---|
| Payroll Gross | 1,429.07 | 1,429.07 | Sick Leave | 0:00 | 5:00 | 0:00 | 5:00 |
| State Taxable Gross* | 1,429.07 | 1,429.07 | Vacation | *PROB* | 0:00 | 0:00 | 0:00 |
| Federal Taxable Gross* | 1,429.07 | 1,429.07 | Personal Holiday | 36:00 | | 0:00 | 36:00 |
| Soc. Sec. Gross* | 1,429.07 | 1,429.07 | Sat / Legal | 8:00 | 0:00 | 0:00 | 8:00 |
| Medicare Gross* | 1,429.07 | 1,429.07 | Comp Time | 0:00 | 0:00 | 0:00 | 0:00 |
| | | | Term / Sabb. | 0:00 | 0:00 | 0:00 | 0:00 |
| | | | Furlough | 58:23 | | 0:00 | 58:23 |

*Imputed Income Included in Taxable Gross | Date of Last Leave
Life Ins (Cov. Over 50,000)   0.00   0.00 | Transaction Processed   00/00/00
Health Ins (Non-Tax Dependents)   0.00   0.00
**Subject to Soc. Sec./Medicare Tax | ***** State Pays All

State of Wisconsin — Bi-Weekly Payroll — Electronic Advice Statement
KIDAU, MELISSA E | 1302 HANOVER COURT | WAUNAKEE, WI 53597-0000
Agency: 435 | Sec Level: 455 | Check Sort: 45220